IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Petitioner | ) | MISC 06 99 ML |
| V. | ) | CIVIL ACTION No. Misc. |
| JOHN M. PALMA, Respondent | ) | |

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, by its attorney, Robert Clark Corrente, United States Attorney for the District of Rhode Island complains as follows:

1. This is a proceeding brought pursuant to the provisions of 26 U.S.C. §§ 7402 (b) and 7604 (a) to judicially enforce an Internal Revenue Service summons;

2. Marica M. Mansolillo is a Revenue Officer of the Internal Revenue Service, employed in the Small Business/Self Employed Division of the office the Area Director of Internal Revenue Service, 60 Quaker Lane, 3rd floor, Warwick, RI 02886, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg. § 301.7602-1, 26 C.F.R 301.7602-1;

3. Upon information and belief, the respondent, John M. Palma, resides or may be found at 30 Hobson Avenue, N. Providence, RI 02911, within the jurisdiction of this Court.

4. Revenue Officer Marica M. Mansolillo is conducting an investigation to determine the tax liability of John M. Palma for the period(s) ending December 31, 2003, December 31, 2004 and December 31, 2005. See Declaration of Marica M. Mansolillo, attached to this Petition as Exhibit A.

5. Upon information and belief, the respondent, John M. Palma, is in possession and control of testimony and documents that may be relevant to this investigation.

6. On June 26, 2006, an Internal Revenue Service summons was issued directing the respondent, John M. Palma, to appear before Revenue Officer Marcia M. Mansolillo on July 27, 2006 at 1:00 P.M.at the Internal Revenue Service, 60 Quaker Lane, 3rd floor, Warwick, RI 02886,

to testify and produce for examination books, papers, records or other data described in the summons. See Summons, attached as Exhibit B.

An attested copy of the summons was served to John M. Palma on June 29, 2006 by Revenue Officer Marcia M.Mansolillo by handing an attested copy of the summons to whom it was directed. See Exhibits A and B.

7. The respondent failed to appear on July 27, 2006. The respondent's non-compliance with the summons continues to this date. See Exhibit A.

8. The books, papers, records or other data sought by the summons are not in the possession of the Internal Revenue Service. See Exhibit A.

9. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken. See Exhibit A.

10. It is necessary to obtain the testimony and to examine the books, papers, records or other data to properly determine the federal tax liability of John M. Palma for the period(s) ending December 31, 2003, December 31, 2004 and December 31, 2005.

THEREFORE, the United States requests that:

1. This Court enter an order directing the respondent, John M. Palma, to show cause, if any, why he should not comply with and obey the summons and each and every requirement of the summons;

2. This Court enter an order directing the respondent, John M. Palma, to obey the summons and each and every requirement of the summons by ordering the attendance, testimony and production of the books, papers, records or other data before Revenue Officer Marcia M. Mansolillo or any other proper officer or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Officer Marica M. Mansolillo or any other proper officer or employee of the Internal Revenue Service;

3. The United States recover its costs in this action; and that

4. The Court grant such other and further relief as is just and proper.

Respectfully submitted,

Robert Clark Corrente
UNITED STATES ATTORNEY

/s/ Adi Goldstein
ADI GOLDSTEIN, Bar No. 6701
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
email: adi.goldstein@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner | ) | |
| V. | ) | CIVIL ACTION No. Misc. |
| JOHN M. PALMA,<br>Respondent | ) | |

**DECLARATION OF REVENUE OFFICER**

I, Marica M. Mansolillo, declare:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 60 Quaker Lane, 3rd floor, Warwick, RI 02886. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2. In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of John M. Palma for the period(s) ending December 31, 2003, December 31, 2004 and December 31, 2005.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on June 26, 2006, an administrative summons to John M. Palma to give testimony and to produce documents as described in same summons. The summons is attached to the petition as Exhibit B.

4. In accordance with 26 U.S.C. § 7603, on June 29, 2006, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, John M. Palma, by by handing an attested copy of the summons to whom it was directed, as evident in the certificate of service on the reverse side of the summons.

5. On July 27, 2006, John M. Palma failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6. The books, papers, records or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of John M. Palma for the period(s) ending December 31, 2003, December 31, 2004 and December 31, 2005.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 31st day of August, 2006.

Marica M. Mansolillo

Marica M. Mansolillo
Revenue Officer

# Summons

In the matter of **John M Palma, 30 Hobson Ave, North Providence, RI 02911**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed - Non SBSE Field Area**

Periods **2003, 2004, 2005**

## The Commissioner of Internal Revenue

To **John M Palma**

At **60 Quaker Lane- 3rd Fl, Warwick RI 02886**

You are hereby summoned and required to appear before Marcia M. Mansolillo, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents and records in your possession or control reflecting the receipt of taxable income by you for the year(s) **2003, 2004, 2005**, including but not limited to: statement of wages for the year(s) **2003, 2004, 2005**, statements regarding interest or dividend income for the year(s) **2003, 2004, 2005**; employee earnings statements for the year(s) **2003, 2004, 2005**; records of deposits to bank accounts during the year(s) **2003, 2004, 2005**; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that Federal Income Tax liability for the year(s) **2003, 2004, 2005** (for which year(s) no return have been made) may be determined.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

60 Quaker Lane- 3rd floor, Warwick, Ri 02886 (401) 826-4703

**Place and time for appearance at:** 60 Quaker Lane- 3rd floor, Warwick, Ri 02886

**on the** 27th **day of** July , 2006 **at** 1:00 **o'clock** A **m.**

**Issued under authority of the Internal Revenue Code this** 26TH **day of** JUNE , 2006

IRS
Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 2039(Rev. 12-2001)
Catalog Number 21405J

Marcia Mansolillo
Signature of Issuing Officer

Revenue Officer
Title

Signature of Approving Officer *(if applicable)*

Title

EXHIBIT B

**Original --** to be kept by IRS

# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 6-29-06 | 7:55AM |

**How Summons Was Served**

1. ☑ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): ____________________

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: ____________________

| Signature | Title |
|---|---|
| Maria Manzolillo | REVENUE OFFICER |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: ____________________ Time: ____________________

Name of Noticee: ____________________

Address of Noticee (if mailed): ____________________

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |