IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner | ) |
| | ) |
| V. | ) CIVIL ACTION No. Misc. 06-99ML |
| | ) |
| JOHN M. PALMA,<br>Respondent | ) |

NOTICE OF COMPLIANCE

As of December 29, 2006, John M. Palma has provided the requested documents and has complied with the Summons issued by the Internal Revenue Service. This matter may be passed for compliance.

Respectfully submitted,

Robert Clark Corrente
UNITED STATES ATTORNEY

/s/ Adi Goldstein
ADI GOLDSTEIN, Bar No. 6701
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
email: adi.goldstein@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 29th day of December, 2006, I caused the within Notice of Compliance to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

I further certify that on the 29th day of December, 2006, I forwarded a copy of the within Notice of Compliance, by postage prepaid mail, to:

John M. Palma
30 Hobson Avenue
North Providence, RI 02911

/s/ Adi Goldstein
ADI GOLDSTEIN, Bar No. 6701
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
email: adi.goldstein@usdoj.gov